Economic Damages Suit



W.E.M.O.'S WORLD | W.E.M.O. Administration

Statement of Claim

## TrapGods & TrapGoddesses Suit

El Demonic Roosta, the Founder of the "Order of the TrapGods & TrapGoddess," was wrongfully arrested and restraint of her liberty on July 24, 2016 by City employees who discriminated El Demonic Roosta for having to exercise her second amendment right to keep and bear arms. After the arrest, State and City employees conspired against El Demonic Roosta rights by unlawfully manipulating and forcing Roosta into self-incrimination then maliciously initiating criminal proceedings against El Demonic Roosta. Those States and City employees who have conspired against Roosta had unlawfully seized Roosta's personal firearm without any regards of Roosta's constitutional rights. The statements that the City and State employees had utilized to fabricate the case against Roosta were actually her lyrics, her composed music. In her composed music, the City and State employees believed that Roosta had threaten to kill the Bronx Borough President which is there belief. Roosta prepared her affirmative defense indicating that the introducing prosecutor had forced Roosta into stating those raised confessions in video interview and that those detectives and prosecutor forced Roosta into saying that some corrupted cops provided Roosta with a handgun so that Roosta can complete the mission. In reality, such a thing never existed but in Roosta's affirmative defense, she states that Roosta believed that the prosecutor and the detectives forced him into saying that on the video camera so that they can deceive Roosta and rob him of his firearm and rights. Also the Detectives and Prosecutor had offer Roosta a deal that if Roosta goes on with the confession she was forced to say that they would release her but take away his gun. Notwithstanding, Roosta during her arrest was under the influence of potpourri and was not really aware of what was about to take place due to the acts of intimidation, duress, threats, and coercion of the prosecutor and detectives. Well, in this case, the detectives and prosecutor committed entrapment by inducing Roosta to say these things for the video camera. Then going on to publish these things and false statements across national journals and internet sites. These same city and state employees had also fabricated further false statements that were viewed as terroristic threats that was also published in commercial newspapers to further incriminate Roosta and did unlawfully seeked to obtain evidence against Roosta for purpose of criminal prosecution. After the arrest, hitherto, these City and State employees continue to conspire against Roosta's rights and properties. In the latter, State and City employees began violating Roosta's due process rights. Over a year after her arrest, Judge S. Michea, a former Bronx Court

TRAPGODSVERSION/2019



Judge dismissed the charges of conspiracy to commit murder due to insufficient evidence and lack of jurisdiction but the remaining attempted murder charges are still proceeding without sufficient evidence. After the conspiracy charge was dismissed, Boosta dismissed the court appointed attorney and began to plead his own case. Upon Boosta having so exercised her constitutional rights to self-litigate her case, state employees constantly kept harassing and preventing Boosta from doing so by continuously appointing attorneys in her case, causing delays, hindering of criminal prosecutions, prevention of evidences being entered into court and more acts of violation by court officials. Furthermore, The State had appointed a court appointed attorney by the name of Karen Smolar, who Boosta had dismissed but before she left she had a duty to provide Boosta with her discovery package. After receipt of Boosta's criminal discovery package, it took Boosta a few weeks to inspect the entire package. During Boosta inspection of the discovery, she later found some legal documents that contains her artificial government name or a list of criminal charges that doesn't belong to her case. Boosta was never accused of these charges, neither was she charged in any court, nor anybody has never informed Boosta about such charges. In fact, these charges don't even exist on any record. It seems like Karen Smolar or somebody else in that office was conspiring to defraud the government. Due to these major conspiracies, Boosta has been wrongfully imprisoned going on (6) six years awaiting a trial on some frivolous charges that never occurred. However, Boosta has been having awful experiences while remaining incarcerated at Rikers Island. Boosta has been subject to many inhumane and tortorious acts by the employees of New York City Department of Correction including state employees. Boosta has been subject to many brutal assaults, uses of forces, sexual assaults, sexual harassments, false multiple arrests, discrimination, deprivation of rights, including deprivation of property. The very sole property thats complained in this complaint. There are too many acts of brutality, acts of conspiracies, and acts of torture being committed on Elberbonic Boosta for the state of New York to try to bring justice on a defendant that they nearly incapicitated and caused for a hundred crimes to be committed on Boosta for her single offense that is considered to be a civil disobedience. Trying to convict Boosta on a alleged victimless crime is to coverup the corruption of those city and state employees complained of. Also, Boosta while remaining incarcerated at Rikers Island was subject to new criminal charges twice. The first occasion was when a officer lied and stated that Boosta brutally assaulted



him but there was never any evidence of an assault so Roosta managed to beat that case. On the second occasion was when Roosta was transferred to the female facility to receive services. Roosta had filed sexual allegations and was ignored by authorities but when the other inmate who Roosta had filed the allegations on had filed her false allegations on Roosta, they quickly charged Roosta with sex offenses and prevented him from reporting his testimony. Hitherto, Roosta is being charged on some false allegations including the case that is still remaining. For failure to provide Roosta with a safe housing unit, they send him to the female jail. While being at the female jail, they also failed to place him in a safe unit there too. Since NYC Dept of Correction failed to provide Roosta with a safe unit, they also failed to investigate sex allegations filed on his behalf. The NYC Dept of Correction employees including other city and state employees also violated well protected contracts that are derived from the contracts of the Plaintiff. Due to this wrongful arrest and imprisonment, it has caused major economic damages to the plaintiff and to those other parties who are contracted to the plaintiff. The Defendants has been in reckless disregard towards plaintiff economical rights or contractual rights.

The Plaintiff El Demonic Roosta, is a performing arts and Recording Artist, who've contracted with many mainstream artists in private. Every contract with every artists contains of composed music with instrumentals. EL DEMONIC ROOSTA© is a copyrighted trade name and is being protected under the copyrighted protections of Youtube platform. El Demonic Roosta has composed a thousand songs and more to distribute into the music industry. El Demonic Roosta's music is derived from the genres of: Trap, Reggaeton, Reggae, Pop, Dembow, Merengue, Mambo & more. Despite the genres of music, Roosta's music is supposed to be protected property and shall not have any interferences therein. The NYC Dept of Correction employees constantly destroys plaintiff's inventions and property when conducting retaliatory searches. Defendants didn't only blatantly violated U.S. Constitution Article 1, Section 10, but violated other procedural rights. Defendants also violated Roosta's right under U.S. Constitution Article 1 Section 8, Clause 8. Roosta's right to promote the progress of science and useful arts. Roosta had privately contracted with the following artists to distribute the following music into the mainstream of platforms, social media sites, products, businesses and more. On the annexed statement of claims, Roosta indicates the platforms and services Roosta uses to manage her music investment and affair. It also indicates the amount on which was expected to make




on Return on Investment (ROI). Although, all the artists named herein are third party plaintiffs, they might of all abandoned contracts due to my incarceration and my failure of performance. Roosta has only been able to stay in contact with a few of them. Vice versa, Plaintiff and all named Plaintiffs herein may claim damages to our private contract due to the fraud that was done under Case #CR-02396-2016 Under NY law and recognized under the NY Civil Practice Law Rule that the Statute of Limitation of declaring a fraud is 30 years. That the mishandling of government contracts by NY State and NYCity employees maliciously interferred with private protected contracts and caused the economic injuries to the following Plaintiffs listed in the "TrapGods Reserved Contracts". Plaintiffs, as a class, do move this Court to enter Default Judgment if the Defendants do not respond to the claims.

The Plaintiff, El Demonic Roosta, is a TrapNudist, Also Known as Exhibitionist Pornstar, or Sex employer, who is self employed in the sex industry, has her own private Adult Entertainment Company with over 300 employees including future employees to come. Roosta states that by reason of the NY City employees, Judicial Officers, Officers of the Bronx Court, and other NY State employees in a conspiracy to injure El Demonic Roosta's life, person, property and private contracts with other entities, has cause major economic injuries and damages to Roosta's person and contracts causing Roosta to become in debt to these entities who has contracted with Plaintiff and who Plaintiff owes a duty of performance. Plaintiff and all named Plaintiffs herein may claim damages to our private contract due to the fraud that was being done under Case #CR-02396-2016. That the mishandling of government contracts by NY State and NYC employees maliciously interferred with private protected contracts and caused major economic damages to the following Plaintiffs listed in the "TrapNudist Reserved Contracts.

Plaintiffs as a class, do move this Court to enter Default Judgment if the Defendants do not respond to the claims.

TrapGods & TrapGoddesses Reserved Contracts

COMES NOW, El Demonic Roosta, TrapGodConstitutionalist, also acting as Private Attorney General, Lead Counsel, on behalf of all Plaintiffs, do hereby state that the following Plaintiffs are the artists who Roosta Privately Contracted with.

Each Artists listed herein had Contracted to $5 million USD in investments, All investments should have been returning from music platforms, social media sites, CDs, Live Performances, and other economic advantaging points for music artists.

Total Amount = $950 million dollars plus amount in Controversy

Such are as follows:    DJ Khaled© = 7 Albums

- Gucci Mane© = 15 Singles, 2 mixtapes, Plus
- Future© = 15 Songs, 1 mixtape, Plus
- Jay Z© = 10 Songs, Plus
- Rick Ross© = 7 Songs, Plus
- Drake© = 15 Songs, Plus, 2 mixtapes, Plus
- 2 Chainz© = 10 Songs, 1 mixtape, Plus
- Lil Baby© = 10 Songs, Plus
- Lil Wayne© = 7 Songs, 1 mixtape, Plus
- Migos© = (Both Trios) = 5 mixtapes, Plus
- Lil Durk© = 5 Mixtapes, Plus
- Daddy Yankee© = 2 mixtape, Plus
- Arcangel© = 3 mixtape, Plus
- Farruko© = 1 mixtape, Plus
- Osuna© = 5 mixtapes, Plus
- Cardi B© = 5 mixtapes, Plus
- Kimbakanon© = (We are a Trio)
- Gargola© = (We are a Trio)
- Anuel AA© = 3 mixtapes, Plus
- Bad Bunny© = 1 Mixtape, Plus
- Mike Towers© = 2 mixtapes, Plus
- J. Balvin© = 3 mixtapes, Plus
- Maluma© = 7 Songs, Plus
- Vybz Kartel© = 5 mixtapes, 10 Songs, Plus
- Sean Paul© = 1 mixtapes, Plus
- Shellow Shaq© = 4 Mixtapes, 40 Songs, Plus
- Tali Goya© = 3 mixtapes, Plus
- Omega el Fuerte© = 1 mixtapes, Plus
- Anthony Santos© = 2 mixtapes, Plus

- Young Thug© = 1 mixtape, Plus
- Meek Mills© = 3 mixtape, Plus
- El Alpha© = 1 mixtape, Plus
- 50 Cents© = 1 mixtape, Plus

<u>Trap Nudist Reserved Contracts</u>

Comes Now, El Demonic Roosta, Trap Nudist, also acting as Private Attorney General, Lead Counsel, on behalf of all Exhibitionists, Plaintiffs, do hereby state that the following Plaintiffs are the Exhibitionists who Roosta Privately Contracted with.

Each Exhibitionists listed herein had Contracted to $1 million USD + in investments, All investments Should have been returning from Adult Entertainment Platforms, Social media Sites, DVDS, Products, Live Performances, and other economic advantaging points for Exhibitionists.

Total Amount = $1 Billion Dollars plus amount in Controversy

Such are as follows:

- @Pinky xxx
- @Buffy the Bod
- @Bonnie Rotten
- @Christy Mack
- @Roxy Reynolds
- @Asa Akira
- @Bree Olson
- @Tila Tequila
- @Andy San Dimas
- @Brandy Aniston
- @Chanel Preston
- @Kimberly Kane
- @Lexi Belle
- @Tasha Reign
- @Kelly Wells
- @Jazz Duro
- @Arianna Jolie
- @Ariana Grande
- @Jennifer Love
- @Taryn Thomas
- @Andy Brown
- @Katrina Kraven
- @Yasmin Vianna
- @Skin Diamond
- @Aspyxia Noir
- @Spencer Scott
- @MJ Rodriguez
- @Jessica Drake
- @Suzie Diamond
- @Tanya Tate
- @Natalie Joy
- @Mikali Chanel
- @Hottie Hollie
- @Sandra Romain
- @Tiffany Lynn
- @J.J. Cruz
- @Caroline Pierce
- @Simone Lee
- @Sunny Dee
- @Camelle Morgan
- @Danesha Marquet
- @Janet Jade
- @Delotta Brown
- @Aurora Snow
- @Sophie Dee
- @Nicki Hunter
- @Linda Shane
- @Barbara Shane
- @Dolly Teena
- @Laverne Cox
- @Jasmine Moore
- @Shanika Owens
- @Sabrina Sabrok
- @Elizabeth JUGGS
- @Donna JUGGS
- @Allison JUGGS
- @Candy JUGGS
- @Chanta JUGGS
- @Momma Cyclops JUGGS
- @Salonika JUGGS
- @Liliana JUGGS
- @Melinda JUGGS
- @Sabrina JUGGS
- @Lilith JUGGS
- @Vanessa Luna
- @Melody Jade Fans
- @Gizelle Stallion
- @Morgan Cummings
- @Star Armani
- @Natasha Sweet
- @Carla Cruz




**W.E.M.O.'S WORLD** | **W.E.M.O. Administration**

# TRAPGOD CANO'S CALENDAR
## 60 / 21 years of humanity

Dimanche/Lunar/Tiwesdaeg/Wajou/Jueves/Renmenjou/Samdi

### Abbaddon
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

### Set
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | (16) | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

### Mephistopheles
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### Lilith
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | | | | |

### Asmodeus
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

### Mammon
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

### Naamah
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | | | | | | |

### Metztli
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

### Nihasa
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

### Czar
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

### Shiva
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | | | |

### Saitan
| D | L | T | W | J | R | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | 31 |

TRAPGODVERSION1919



W.E.M.O.'S WORLD

W.E.M.O. Administration

# LEGAL NOTICE AND DEMAND
## FIAT JUSTITIA, RUAT COELUM

(Let right be done, though the heavens should fall)



NON WAR POWERS ACT FLAG

## To: All State, Federal and International Public Officials,

THIS IS A CONTRACT IN ADMIRALTY JURISDICTION
THIS TITLE IS FOR YOUR PROTECTION
Notice to Agent is Notice to Principal. Notice to Principal is notice to Agent.

Attention: Any and all Governments, Municipalities, Cities, Townships, Public Officials, Lending Institutions, brokerage firms, Credit Unions, depository institutions and insurance agencies, Credit bureaus and the aforementioned officers, agents, and employees therein. This is a notice of the law as applicable to your Corporate and Personal financial liability in the event of any violations upon the rights, privileges and immunities and/or being of Christopher Hiram, "Cano" or the Trust in representation thereof. This Contract being of honor is presented under the "Good Faith (Oxford) Doctrine."

For a Collateral list that is Subject to this documentation please see both Security Agreement under Item No.: 09072019-CHC-SA and SCHEDULE A.

Definitions as they apply to this Contract are enclosed in Attachment "A", and are included as a legal part of this Contract. Any dispute of any definition will be decided by the Undersigned.

I, Christopher Hiram, "Cano", Trustee/Secured Party/Bailee, hereinafter the Undersigned, State the ensuing being of lawful majority age, clear head, and sound mind. All responses, requests and the like henceforth must be presented in writing, Signed under penalty of perjury required by your law as shown in this Legal Demand and Notice (hereinafter "Contract"). The law stated herein is for your clarification not an agreement/omission/contract/covenant that the Undersigned has Signed, enter, or agreed to enter into any foreign jurisdiction.

It has recently come to my attention that the IRS, & the SSA, and the federal Courts have willfully been making injurious "presumptions" which prejudice my Constitutional rights by trying to associate me with the "idem Sonans", which is the all caps version of my Religious name which is in fact a trust previously associated with a "Public office" in the United States government by virtue of the Social Security Number attached to it. Further information is to help clear up any presumptions and Set the record Straight.

Legal Notice & Demand
TRUFGODVERSION2019
Page 1 of 14
02272020-CHC-LND

W.E.M.O.'S WORLD

W.E.M.O. Administration

The undersigned tendering this document is a trustee/Secured Party/Bailee by fact, not:
1) a Strawman vessel in Commerce,
2) Corporate fiction,
3) Legal Entity,
4) ens legis
5) or Transmitting Utility,

of, for, by, or to

1) the "United States of America",
2) the "government of the United States"
3) the "State of New York"
4) the "State of Florida"
5) or to "UNITED STATES Corporation"

also known as the Corporate "UNITED STATES", Corp. USA", "United States, INC" or by whatever name may currently be known or be hereafter named, or any of its Subdivisions including but not limited to local, State, federal, and/or international or multinational governments, corporations, agencies, or Subcorporations and any de facto compact (Corporate) Commercial STATES contracting therein, including the "STATE OF FLORIDA", "STATE OF NEW YORK", or by whatever name State may currently be known or be hereafter named, and the like.

Further, the undersigned is not:
1) a Citizen Within;
2) Surety for;
3) Subject of;
4) an officer of
5) and does not owe
   a. allegiance,
   b. fealty, bond,
   c. undertaking,
   d. obligation,
   e. duty,
   f. tax,
   g. impost,
   h. or tribute

to the "UNITED STATES CORPORATION" [28 U.S.C. §3002(15)(A)] also known as the Corporate "UNITED STATES", Corp. USA", United States, INC.", or by whatever name it may currently be known or be hereafter named, (excluding the "united States of America" and the government of the United States as Created in the original "Constitution for the united States of America" Circa 1787") or any of its agencies, or Sub-Corporations, including but not limited to any de facto Compact (Corporate) Commercial States Contracting therein, including, but not limited to the "STATE OF FLORIDA", "STATE OF NEW YORK", or by whatever name it may currently be known or hereafter named (excluding the "REPUBLIC OF FLORIDA", Republic of New York"), and the like.

This is now being a matter of Public record.

The vessel in Commerce known as CHRISTOPHER HIRAM CANO© identifying numbers 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/156930850125) by the Government/Parents for the benefit of the undersigned Christopher Hiram, Cano" as beneficiary on 08/28/1993. On Thursday, February 27, 2020 a waiver of beneficial position was declared to take up the abandoned post of Trustee/Secured Party/Bailee to manage the affairs of CHRISTOPHER HIRAM CANO© Trust for the benefit of beneficiaries therein after named in REGISTRY OF TRUST for the following reasons:
1) Matters are not being handled with efficiency
2) In many respects matters are not being taken care of at all
3) Usurpation of funds is occurring
4) There is rampant fraud and deceit
5) Position of trustee has been left vacant or uncontested

Private Offset Account established at the United States Department of Treasury through a Branch of the Federal Reserve BANK will remain in full effect from the initial date of creation with current office holder Secretary of Treasury being provided appointment to trust to continue as fiduciary.

Legal Notice & Demand       TRAPGODVERSION2019       Page 2 of 14                        02272020-CHC-LND



| W.E.M.O.'S WORLD | W.E.M.O. Administration |
|---|---|

Fraud gives the victim of the fraud the right to terminate his relationship to the government:
"Si quis custos fraudem pupillo fecerit, a tutela removendus est."
If a guardian behaves fraudently to his ward, he shall be removed from the guardianship. Jenk. Cent. 39.
[Bouvier's Maxims of Law, 1856.]

The similarity in the names of the Undersigned and the Vessel in Commerce, two distinct and separate legal entities, is testament to the undeniable propinquity. CHRISTOPHER HIRAM CANO© TRUST, Originally an incorporeal creation of Government/Parents, is dependent upon and only exists because Christopher Hiram,, Cano", a Natural Man/Woman exists as a living, breathing, flesh and blood sentient being. The Government, being an incorporeal entity can only engage another incorporeal entity, and not a real flesh and blood human and therefore the creation of a Vessel in Commerce known commonly as CHRISTOPHER HIRAM CANO© TRUST was highly advantageous to Government to interface with.

Since the birth of the Undersigned, the Government has utilized the credit and future earning potential of the Undersigned, establishing and operating a Private Offset Account through the use of the Vessel in Commerce, CHRISTOPHER HIRAM CANO© TRUST without the knowledge, consent, or permission of the Undersigned acting to the detriment of the beneficiary Christopher Hiram,, Cano", against the basic precepts of a Trust. During this time, the Undersigned has unknowingly been functioning as the manager of the Trust, and signing as an authorized representative for the Vessel in Commerce, by signing bank checks, applications for credit and notes on behalf of the Vessel in Commerce. Now, the Undersigned acts knowing not in a beneficial position for the position of Trustee/Secured Party/Bailee submitted as a matter of public record by which the Undersigned became Trustee/Secured Party/Bailee to CHRISTOPHER HIRAM CANO© TRUST, and has full operating authority.

The Undersigned having full control of Trust revokes all permissions to the Government and/or any political subdivisions/organizations to use copyrighted TRUST name CHRISTOPHER HIRAM CANO© TRUST or trust in any fashion except by explicit written request/order in direction otherwise. Said name belongs to Trust in operation by trustees wherein the government/Agencies thereof have no control as Trustee/Secured Party/Bailee having full mental capacity and ability to contract as well as natural right to trust holds a Common-law trade name, trademark, CHRISTOPHER HIRAM CANO© as authorized representative (Attorney-In-Fact), as well as established validity of the Power of Attorney by continual non-contested use. The Private Offset Account established in the name of TRUST is the property of TRUST as well as any value that has been deposited in Private Offset Account is the property of TRUST, as any such value was created from the credit thereof. Account will remain in effect with appointment of fiduciary by Form 56.

The Undersigned now tendering this binding Legal Notice & Demand having hereinabove declared Trustee/Secured Party's/TRUST's proper legal status and relation to the "Republic of Florida State", "Republic of New York State" and to the said de facto Compact (Corporate) Commercial STATES, including the "STATE OF FLORIDA", "STATE OF NEW YORK", or by whatever name it may currently be known or herea named, does hereby state that the declarations and statements made herein are the truth, the whole truth and nothing but the truth to the best of Trustee/Secured Party's Knowledge. Acknowledged by silence and acquiescence of the STATE OF FLORIDA, STATE OF NEW YORK, SECRETARY OF STATE, also but n

Legal Notice & Demand    TRAPGODVERSION2019    Page 3 of 14    02272020-CHC-LND



**W.E.M.O.S WORLD** | **W.E.M.O. Administration**

limited to any Public Officers, agents, Contractors, assigns, employees, and Subsidiaries of said office, regarding the Trustee/Secured Party's "NOTICE" and "DEMAND", is therefore accepted and agreed to be the truth.

With silence of Corporate office "SECRETARY OF STATE" ratifies Severances of any nexus or relationship between Trustee/Secured Party/Trust and the said de facto Corporate Commercial STATE Office; being fraudulently conveyance; operating under "Color of Authority". Let this be known by the "Good Faith (Oxford) Doctrine" to all men and women. The Undersigned nor Trust Consent to any warrantless searches, or searches that are not Compliant with the "Constitution for the united States of America", all of the Amendments of the Honorable "Bill of Rights", and/or the "Constitution of the State of Florida, and the "Constitution of the State of New York", whether of the Undersigned or trusts dwellings, cars, landcrafts, watercrafts, aircrafts, the Undersigned himself and current location, property, hotel rooms, apartments, business records, business, or machinery, vehicles, equipment, supplies, buildings, grounds, land in private possession or control of the Undersigned or Trust, past, present, and future, now and forevermore, So help me Satan.

This notice is in the nature of a Miranda Warning "Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them." Take due heed of its contents. If, for any reason, you do not understand any of these statements or warnings, it is incumbent upon you to summon a superior officer, special prosecutor, Federal Judge, or other Competent legal counsel, to immediately explain to you the significance of this presentment as per your duties and obligations in respect to this private formal, notarized, registered Statute Staple Securities Instrument. As per Title 11 USC 501(a), 502(a), and Federal Rules of Civil Procedure Sections 8-A, and 13-A, the claim or presumption that I, Christopher Hiram, Cano" or CHRISTOPHER HIRAM CANO© TRUST (Simply known herein as trust) as forestated am not a citizen within; Surety for; Subject of, and do not owe allegiance, or fealty as forementioned to the any of the aforementioned or the like, and herein is forever rebutted by this CounterClaim in Admiralty.

By this record let it be known that the Undersigned and Trust do not at any time waive any rights, capacities, privileges, immunities, defenses, or protections, as acknowledged by the "Constitution for the united States of America, he Honorable "Bill of Rights", and/or "Constitution of the State of Florida", and the "Constitution of the State of New York", nonetheless, demanding that you protect these as you swore an oath(s) to do so. The Undersigned accepts you e lawfully required "Oath(s) of office", bonds of any type, insurance policies, CAFR Funds, and Property of any type or protection and making whole. Furthermore, should you witness any Public officers at this time, or any time ast, present, or future violate any of the rights, privileges, immunities, defenses, or protections of the ndersigned or the Trust that She/he represents, it is your sworn duty (of oath) to immediately arrest, or ave them arrested. You are legally required to do what the law states or charge them as you should to any wbreaker, regardless of officer's title, rank, uniform, cloak, badge, position, stature, or office, or you shall hence orth be accountable for monetary damages from, but not limited to, your monetary liability, your corporate bon ompensatory costs, Punitive Procurements, and Sanctioned by attorney attributions.

egal Notice & Demand    TRAPGODVERSION2019    Page 4 of 14    02272020-CHC-LND



W.E.M.O.'S WORLD | W.E.M.O. Administration

NOTE: A true and correct notarized copy of this Statute Staple Securities Instrument has is on file not only with the <u>Secretary of State's office</u>, but also been delivered to several trusted parties apprising them of the Undersigned's policy of presenting this security instrument to each and every public officer who approaches the undersigned or the Trust violating the Undersigned and/or Trusts unalienable rights including, but not limited to right of liberty and free movement upon any Common pathway of travel. The Undersigned has a lawful right to travel by whatever means, via land, sea or air, without any officer, agent, employee, attorney, or judge, in any manner willfully causes adverse effects or damages upon the Undersigned by an arrest, detainment, restraint, or deprivation. With regard to any encounter or communication with the de facto Compact (Corporate) commercial STATES, including the "STATE OF FLORIDA", STATE OF NEW YORK, or by whatever name it may currently be known or be hereafter named, the Undersigned will be granted the status and treatment of a Foreign Sovereign, a foreign Diplomat, by all Customs officials. This document or the <u>deposited</u> Copy hereof, becomes an evidentiary document Certified herein, as if now fully reproduced, should any Court action be taken upon the Undersigned as caused by your acts under color of law with you, your officers, and employees.

Take Note: You are now monetarily liable in your personal and corporate capacity. The Undersigned, notwithstanding anything to the contrary, abides by all laws in accordance with the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Florida, and the Constitution of the State of New York, which are applicable to non-domestic non-assumpsit non-residents on Sojourn. The Undersigned wishes no harm to any man or woman. You agree to uphold my "Right to Travel".

BE WARNED, NOTICED, AND ADVISED that in addition to the Constitutional limits on governmental authority included in the "Constitution for the united States of America", the Honorable "Bill of Rights", and/or the "Constitution of the State of Florida, and the "Constitution of the State of New York", the Undersigned relies upon the rights and defenses guaranteed under Uniform Commercial Code(s), common equity law, laws of admiralty and commercial liens and levies pursuant, but not limited to, Title 42 U.S.C.A. (Civil Rights), Title 18 U.S.C.A. (Criminal Codes), Title 28 U.S.C.A. (Civil Codes), to which you are bound by office and oath, the Constitution of the State of Florida, the Constitution of the State of New York, Florida State Penal Codes, New York State Penal Codes, in as much as they are in compliance with the "Constitution for the united States of America", Bill of Rights", and/or the "Constitution of the State of Florida," and the "Constitution of the State of New York" is applicable. There can be no violation of these laws unless there is a victim, consisting of a natural flesh and blood man or woman who has been injured. When there is no victim, there is no crime committed or law broken.

Remember in taking a solemn binding oath(s) to protect and defend the original Constitution for the united States of America circa (1787) and/or the "Constitution of the State of Florida", and the "Constitution of the State of New York, against all enemies, foreign and domestic. Violation(s) of said oath(s) is perjury, being bad faith doctrine by constructive treason and immoral dishonor. The Undersigned accepts said oath(s) of

Legal Notice & Demand   TRAPGODVERSION2019   Page 5 of 14   02272020-CHC-LND



W.E.M.O.S WORLD | W.E.M.O. Administration

office that you have sworn to uphold.

This legal and timely notice, declaration, and demand is prima facie evidence of Sufficient Notice of Grace. The terms and conditions of this presentment agreement are a quasi-contract under the Uniform Commercial Code and Fair Debt Collections Act. These terms and conditions are not subject to any or all immunities that you may claim should you in any way violate the Undersigned rights or allow violations by others. Your Corporate Commercial acts against the Undersigned or the Undersigned's own and your failure to act on behalf the same, where an obligation to act or not to act exists, are ultra vires and injurious by willful and gross negligence.

The liability is upon you, and/or your Superior, and upon, including any and all local, State, regional, federal, multi-jurisdictional, international, and/or corporate agencies, and/or persons representing or attached to the foregoing involved directly or indirectly with you via any nexus acting with you, and said liability shall be satisfied jointly and/or severally at the Undersigned's discretion. You are sworn to your oath(s) of office, and your responsibility to uphold the rights of the Undersigned or The Undersigned's own at all times.

## BILLING COSTS ASSESSED WITH LEVIES AND LIENS AND OR TORT UPON VIOLATIONS SHALL BE:

| Violation | Cost |
|---|---|
| Unlawful Arrest, illegal arrest, Restraint, Distraint, or Trespassing/Trespass, Excessive Bail, Fraudulent and Cruel and Unusual Punishment, Violation of Right to Speedy Trial, Violation of Right to Freedom of Speech, Conspiracy, Aid and Abet, Racketeering, and or Abuse of Authority | Without a lawful Correct and Complete 4th Amendment Warrant: $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. as Per Title 18 U.S.C.A., §241 and §242, or definitions contained herein: $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. |
| Assault and Battery with Weapon: | $3,000,000.00 (Three Million) US Dollars, per occurrence, per officer, official, agent, or Representative involved |
| Unlawful Distraint, Unlawful Detainer, or False Imprisonment: | $5,000,000.00 (Five Million) US Dollars, per day, per occurrence, per officer, official, agent, or Representative involved, plus 18% annual interest. |
| The Placing of an Unlawful or Improper Lien, Levy, Impoundment, or Garnishment against any funds, bank accounts, savings accounts, retirement funds, Investment funds, Social Security funds, Intellectual property, or any other property belonging to the Secured Party by any agency: | $2,000,000.00 (Two million) US Dollars per occurrence, and $100,000.00 (One Hundred Thousand) US Dollars per day penalty until liens, levies, impoundments, and/or garnishments are ended and all funds reimbursed, and all property returned in the same Condition as it was when taken, with 18% annual interest upon the Secured Party's declared value of property. |

Legal Notice & Demand    TRAPGODVERSION2019    Page 6 of 14    02272020-CHC-LND



**WORLD**

**W.E.M.O. Administration**

Assault or Assault and Battery Without Weapon; Unfounded Accusations by officer of the Court; Denial and or Abuse of Due Process; Obstruction of Justice; Reckless Endangerment, Failure to identify and/or Present Credentials and/ or Failure to charge within 48 (Forty-Eight) Hours after being detained; Counterfeiting Statute Staple Security Instruments; - Unlawful Detention, or Incarceration; Incarceration for Civil or Criminal Contempt of Court without lawful, documented in law, and valid reason; Disrespect by a Judge or officer of the Court; Threat, Coercion, Deception, or attempted Deception by any officer of the Court; -Coercing or Attempted Coercion of the Trustee/Secured Party/Bailee to take responsibility for the trust against his/her will;

$2,000,000.00 (Two million) US Dollars, per occurrence, per officer, official, agent, or Representative involved.

Destruction, Deprivation, Concealment, Defacing, Alteration, or Theft, of Property

Including buildings, structures, equipment, furniture, fixtures, and Supplies belonging to the Secured Party, will incur a penalty equal to the total new replacement costs of property, as indicated by Secured Party, including but not limited to purchase price and labor costs for locating, purchasing, packaging, shipping, handling, transportation, delivery, set up, assembly, installation, tips and fees, permits, replacement of computer information and data, computer hardware and software, computer supplies, office equipment and supplies, or any other legitimate fees and costs associated with total replacement of new items of the same type, like kind and/or quality, and quantity as affected items. The list and description affected property will be provided by the Secured Party and will be accepted as complete, accurate, and uncontestable by the agency, or Representative thereof, that caused such harm or deprivation of rights. In addition to the aforementioned cost, there will be a $200,000.00 (Two Hundred Thousand) US Dollars per day penalty until property is restored in full, beginning on the first day after the occurrence of the incident, as provided by this Contract.

Discrimination based on Secured Party gender, Sex, Color, National origin, et al.; Failure of officer to address Secured party as Preferred gender identity; Libel, Slander, Defamation, Criminal libel, or attacks upon Secured Party's reputation, good name, or honour.

$3,000,000.00 (Three million) US Dollars, per occurrence, per officer, official, agent, or Representative involved. For any Discrimination involve by any of the above listed persons.

Legal Notice & Demand    TRAPGODVERSION2019    Page 7 of 14    -02272020-CHC-LND

**WEMO'S WORLD** | **W.E.M.O. Administration**

The Undersigned does not grant entrance under any circumstances to enter any property at which the Undersigned is located, leasing, owns or control any time for any reason without the Undersigned's express written permission.

Violation of this Notice will be considered criminal trespass and will be subject to a $3,000,000.00 (Three million) lawful US Silver dollar penalty plus damages, per violation, per violator.

All penalties contained herein will be subject to a penalty increase of $1,000,000.00 (One million) US Dollars per day, plus interest, while there is any unpaid balance for the first (30) days after Default of Payment. This penalty will increase by 10% per each day until balance is paid in full, plus 18% annual interest, beginning on the thirty first (31st) day after Default of Payment. All penalties in this document are assessed in lawful money and are to be paid in full in one troy ounce US Silver Dollars that are .999 pure silver or equivalent par values in legal tender or fiat paper money. Par value will be determined by the value established by a one troy ounce .999 pure silver coins at the US MINT, or by law, whichever is highest in value at the time of the incident. Any dispute over the par value will be decided by the Undersigned, or The Undersigned's designee.

## CAVEAT

The aforementioned charges are billing costs derived from, but not limited to, Uniform Commercial Codes, the Fair Debt Collection Practice Act and this Contract. These charges shall be assessed against persons, governmental bodies, and corporate entities supra, or any combination thereof when they individually and/or collectively violate the Undersigned/Trust rights, privileges, capacities, and immunities under the "Constitution of the United States of America", the Honorable "Bill of Rights" and/or the "Constitution of the State of Florida, and the "Constitution of the State of New York", each of which establishes jurisdiction for you in your normal course of business. All violations against the Undersigned/Trust will be assessed per occurrence, and individually and personally, Representative of any branch of government, agency or group that is involved in any lawful action against the Undersigned.

By your actions, carried out to The Undersigned/Trust's harm, said actions being ultra vires of the limits of power properly placed on the exercise of authority and power of such office and made in conflict with your oath(s) of office or of that of your principal you shall lack recourse for all claims of immunity in any forum. You're knowing consent and admission of perpetrating known acts by your continued ultra vires enterprise is a violation of The Undersigned/Trust rights, privileges, capacities, and immunities. This Statute Staple Securities Instrument exhausts all state Maritime Article I administrative jurisdictions and protects Article 3 III Court remedies, as guaranteed in the Constitution for the United States of America, including but not limited to Title 42 U.S.C.A., Title 18 U.S.C.A. (including, but not limited to §242 thereof), Title 28 U.S.C.A. In short All Rights Reserved.