UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                    Plaintiff,<br><br>        -against-<br><br>UNITED STATES OF<br>AMERICA/CORPORATE AMERICA, et al.,<br><br>                    Defendants. | 21-CV-9165 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the October 5, 2022, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   October 5, 2022
             New York, New York

                                                                  /s/ Laura Taylor Swain
                                                                LAURA TAYLOR SWAIN
                                                            Chief United States District Judge