UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER HIRAM CANO,<br><br>                    Plaintiff,<br><br>   -against-<br><br>UNITED STATES OF<br>AMERICA/CORPORATE AMERICA, et al.,<br><br>                    Defendants. | 21cv9165 (LTS)<br><br>CIVIL JUDGMENT |

   For the reasons stated in the September 27, 2024, order, this action is dismissed. The amended complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue). SO ORDERED.

Dated:   September 30, 2024
         New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge